UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOIS GONZALEZ,

        Plaintiff,

                                                   Case No. 1:06-cv-687

v.

                                                   Hon. Wendell A. Miles

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

JUDGMENT APPROVING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 17, 2008, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be reversed and this matter remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). No objections were filed to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

The decision of the Commissioner of Social Security is **reversed and this matter is remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g)**.

Dated: February 28, 2008                          /s/ Wendell A. Miles
                                               Wendell A. Miles
                                               Senior U.S. District Judge